# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -- )
)
Kirlin Builders, LLC ) ASBCA No. 61016
)
Under Contract No. W912DY-12-D-0012 )

APPEARANCE FOR THE APPELLANT: Douglas L. Patin, Esq.
   Bradley Arant Boult Cummings LLP
   Washington, DC

APPEARANCES FOR THE GOVERNMENT: Thomas H. Gourlay, Jr., Esq.
   Engineer Chief Trial Attorney
  David C. Brasfield, Jr., Esq.
  Kathleen P. Miller, Esq.
   Engineer Trial Attorneys
   U.S. Army Engineer District, Mobile

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 2 May 2017

MARK N. STEMPLER
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

    I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 61016, Appeal of Kirlin Builders, LLC, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals